SHARON L. ANDERSON (SBN 94814)
County Counsel
MONIKA L. COOPER (SBN 193729)
Supervising Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic Mail: monika.cooper@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA,
CATHERINE KUTSURIS, ARUNA BHAT,
JASON CRAPO, GANO THOMAS,
MICHAEL ANGELO SILVA AND ROBERT ERICKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK FRATUS, et al., <br><br> Plaintiff <br><br> v. <br><br> CONTRA COSTA COUNTY BOARD OF SUPERVISORS IN ITS OFFICIAL CAPACITY; DIRECTOR OF THE CONTRA COSTA COUNTY DEPARTMENT OF CONSERVATION & DEVELOPMENT, et al.; and DOES 1-25 <br><br> Defendants. | Case No. C 11- 03659 JSC (DMR) <br><br> STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANTS ARUNA BHAT, MICHAEL ANGELO SILVA, GANO THOMAS AND ROBERT ERICKSON <br><br> Judge: Hon. Jacqueline Scott Corley <br> Dept: 450 Golden Gate Avenue <br> Courtroom F, 15th Floor <br> San Francisco, CA 94102 <br><br> Date Action Filed: July 26, 2011 <br> Trial Date: February 11, 2013 |

The parties, having met and conferred by and through their respective counsel, hereby stipulate and request this court to dismiss defendants ARUNA BHAT, MICHAEL ANGELO SILVA, GANO THOMAS and ROBERT ERICKSON from this action with prejudice.

---

STIPULATION AND [PROPOSED] ORDER TO DISMISS INDIVIDUAL DEFENDANTS -
C 11-03659 JSC (DMR)
1

| | | |
|---|---|---|
| 1 | DATE: November 11, 2012 | SHARON L. ANDERSON |
| 2 | | COUNTY COUNSEL |

By: *Monika L Cooper*
MONIKA L. COOPER
Supervising Deputy County Counsel
Attorneys for Defendants
COUNTY OF CONTRA COSTA,
CATHERINE KUTSURIS, ARUNA
BHAT, JASON CRAPO, GANO
THOMAS, MICHAEL ANGELO
SILVA, and ROBERT ERICKSON

DATE: November 9, 2012

LAW OFFICES OF MICHAEL S. BIGGS

By: *Michael S. Biggs*
MICHAEL S. BIGGS
Attorneys for Plaintiffs
CLARK FRATUS and
KARLA FRATUS

### ORDER

Pursuant to stipulation, IT IS ORDERED that defendants ARUNA BHAT, GANO THOMAS, MICHAEL ANGELO SILVA, AND ROBERT ERICKSON be, and hereby are, dismissed with prejudice from the above entitled action. It is further ordered that each party shall bear his or her own attorneys fees and costs.

SO ORDERED.

DATE: November 14, 2012

*Jacqueline S. Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO DISMISS INDIVIDUAL DEFENDANTS -
C 11-03659 JSC (DMR)

2