UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK FRATUS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | Case No.  14-cv-05533-MEJ   (JSC)<br><br>**ORDER** |

Before the Court is the sua sponte referral for consideration of whether this action is related to *Fratus v. Contra Costa Board of Supervisors*, No. C-11-3659-JSC.  (Dkt. No. 22.)  The Court declines to find the cases are related.

**IT IS SO ORDERED.**

Dated: July 23, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge